UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPM THERMO-SHIELD, INC.,

    Plaintiff,

v.                                                  Case No: 2:16-cv-116-FtM-99CM

SICC GMBH and WALDEMAR
WALCZOK,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Appoint International Process Server and Incorporated Memorandum of Law (Doc. 8) filed on February 15, 2016. Plaintiff has filed a Complaint against SICC GmbH, a German corporation with its principal place of business in Berlin, Germany, and against Waldemar Walczok, a German citizen. Plaintiff intends to effect service in Germany pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents ("Hague Service Convention").

Rule 4(f)(1) of the Federal Rules of Civil Procedure authorizes service in a foreign country through the Hague Service Convention. Fed. R. Civ. P. 4(f)(1). Pursuant to Chapter 1, Article 3 of the Hague Service Convention, "the authority or judicial officer competent under the law of the State in which the documents originate shall forward to the Central Authority of the State addressed a request conforming to the model annexed to the present Convention, without any requirement of legalisation or other equivalent formality." Convention on the Service Abroad of

Judicial and Extrajudicial Documents, art. 3, Nov. 15, 1965, 20 U.S.T. 361, T.I.A.S. No. 6638. Plaintiff moves the Court to appoint Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205 and its agents as the authority and judicial officer competent under the jurisdiction of this Court to forward to the Central Authority in the applicable country any and all documents to be served in this case.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion to Appoint International Process Server and Incorporated Memorandum of Law (Doc. 8) is **GRANTED**.

2. Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205 and its agents are hereby appointed as the authority and judicial officer competent under the jurisdiction of this Court to forward to the Central Authority in the applicable country any and all documents to be served in this case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of February, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record